**Stay Lifted; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed July 24, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00466-CV

---

## IN RE THE WU FAMILY TRUST, SSS VILLAGE AT SOUTHWEST , LLC, WU PROPERTIES, INC., STEVE WU, SSS FONDREN MARKETPLACE, LLC, CLOTO, LLC, SJY-FORTUNEP, LLC, FONDREN VILLAGE PLAZA, LLC, AND HLPW FONDREN, LLC, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-60346**

---

## MEMORANDUM OPINION

On June 26, 2024, relators The Wu Family Trust, SSS Village at Southwest , LLC, Wu Properties, Inc., Steve Wu, SSS Fondren Marketplace, LLC, Cloto, LLC, SJY-Fortunep, LLC, Fondren Village Plaza, LLC, and HLPW Fondren, LLC filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221;

*see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Jaclanel McFarland, presiding judge of the 133rd District Court of Harris County, to rule on relators' Rule 91a Motion to Dismiss filed on March 25, 2024. We granted a temporary stay of discovery in the underlying proceeding on June 27, 2024.

On July 23, 2024, counsel for relators advised this Court by letter that respondent ruled on relators' Rule 91a motion to dismiss thereby mooting this original proceeding.

A petition for a writ of mandamus for failure to rule is dismissed as moot when the trial court rules after the petition for writ of mandamus is filed. *See In re 4KBC Trucking, LLC*, No. 14-23-00675-CV, 2023 WL 7141209, at *1 (Tex. App.—Houston [14th Dist.] Oct. 31, 2023, orig. proceeding). We dismiss relators' petition for writ of mandamus as moot. Our earlier stay order is lifted.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.